**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Dwayne Rayshaun Wilson v. Sterling Shire Apartments

Appellate case number:     01-17-00785-CV

Trial court case number:    1098747

Trial court:                     County Civil Court at Law No. 4 of Harris County

Appellant, Dwayne Rayshaun Wilson, has filed a notice of the appeal of the trial court's final judgment signed on October 10, 2017 in a forcible detainer proceeding. Appellant has filed a "Motion for Preliminary Injunction against any Writ of Possession" and a "Motion to Stay Writ of Possession and Order against Writ of Possession." "A judgment of a county court may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court." TEX. PROP. CODE ANN. § 24.007 (West Supp. 2016). The record filed in this Court does not show that appellant has filed a bond in the amount set by the trial court in the underlying proceeding. Accordingly, we **deny** appellant's motions. *See id.*; *Johnson v. Freo Tex. LLC*, No. 01-15-00398-CV, 2016 WL 2745265, at *2 (Tex. App.—Houston [1st Dist.] May 10, 2016, no pet.) (mem. op.) (citations omitted) ("A defendant's indigence does not relieve [him] of the obligation to file a supersedeas bond.").

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                          ☑  Acting individually      ☐ Acting for the Court

Date: November 14, 2017